IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES LUDLOW,

    Petitioner,                  No. CIV S-07-1857 FCD DAD P

    vs.

MC KRAMER, Warden,

    Respondent.              ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges the former-governor's 2006 reversal of the Board of Parole Hearings' decision to grant him parole. Petitioner has paid the filing fee.[1]

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's application.

/////

---

[1] On October 3, 2007, this court inadvertently issued an order, instructing petitioner to pay the required filing fee or submit a properly completed application to proceed in forma pauperis. Because petitioner has already paid the filing fee, the court will vacate its October 3, 2007 order.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. This court's October 3, 2007 order is vacated;

2. Respondent is directed to file a response to petitioner's application within thirty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. See Rule 5, Fed. R. Governing § 2254 Cases;

3. Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer;

4. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and respondent's reply, if any, shall be filed within fifteen days thereafter; and

5. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: November 2, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
ludl1587.100fee