IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LUDLOW,<br><br>    Petitioner,<br><br>v.<br><br>M.C. KRAMER,<br><br>    Warden, Folsom State Prison, Represa, California. | No. 2:07–CV–01857–NRS<br><br><br><br><br>ORDER |

Petitioner Ludlow is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Ludlow challenges the California Board of Parole Hearings's (the "Board's") refusal to set a date for his release on parole due to Governor Arnold Schwarzenegger's 2006 reversal of the Board's grant of parole.  After Ludlow filed his petition, the Ninth Circuit Court of Appeals granted rehearing en banc in *Hayward v. Marshall*, 512 F.3d 536 (9th Cir. 2008), *reh'g en banc granted*, 527 F.3d 797 (9th Cir. May 16, 2008), which may directly impact Ludlow's petition.

PDF created with pdfFactory trial version www.pdffactory.com

Accordingly, IT IS HEREBY ORDERED that, within twenty days of the date of this order, the parties shall show cause why this action should not be administratively stayed pending the Ninth Circuit's resolution in *Hayward*.

DATED: **February 19, 2009**

_____
Honorable N. Randy Smith
Ninth Circuit Court of Appeals Judge

PDF created with pdfFactory trial version www.pdffactory.com