IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LUDLOW,<br><br>          Petitioner,<br><br>  v.<br><br>M.C. KRAMER,<br><br>          Warden, Folsom State Prison, Represa, California. | No. 2:07–CV–01857–NRS<br><br><br><br>ORDER |

Petitioner Ludlow was a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Ludlow challenged the California Board of Parole Hearings's (the "Board's") refusal to set a date for his release on parole due to Governor Arnold Schwarzenegger's 2006 reversal of the Board's grant of parole.  After filing his petition, Ludlow was subsequently granted parole and released from prison.  Kramer filed a motion to dismiss soon thereafter.

Because Ludlow is no longer "in custody," his habeas petition is moot and this court no longer has jurisdiction. *Zichko v. Idaho*, 247 F.3d 1015, 1019 (9th Cir. 2001) (internal citation omitted).  "The general rule concerning mootness has

long been that a petition for habeas corpus becomes moot when a prisoner completes his sentence before the court has addressed the merits of his petition." *Id*. (quoting *Larche v. Simons*, 53 F.3d 1068, 1069 (9th Cir. 1995) (citing *Robbins v. Christianson*, 904 F.2d 492, 494 (9th Cir. 1990)).

Accordingly, IT IS HEREBY ORDERED that the Respondent's motion to dismiss is granted and this case is dismissed.

DATED: **August 10, 2009**

*/s/ N. Randy Smith*

Honorable N. Randy Smith
Ninth Circuit Court of Appeals Judge